# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:21-1509

MICHAEL DION

AUSA: Jennifer Harrington
Defense Atty.: Michael Ryan

| U.S. MAGISTRATE JUDGE | Thomas B. Smith<br>Courtroom 6D | | June 16, 2021<br>2:04-2:13 = 09 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | n/a | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON RULE 5C INDICTMENT
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft sworn and testifies
Dft advised of charges
Gov summarizes penalties
Dft requests appointment of counsel/Court appoints FPD
Gov seeks detention
Dft files waiver of detention and identity hearing to be held in charging district
Court enters order of detention without prejudice
Parties advised of Due Process Protections Act
Dft advised of rule 20 transfer
Court adjourned